IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-11247
_____

CAROLYN C. CLEVELAND,

Plaintiff-Appellant,

versus

POLICY MANAGEMENT SYSTEMS CORPORATION; GENERAL INFORMATION
SERVICES, A Division of Policy Management Systems Corporation,

Defendants-Appellees.

---------------------

Appeal from the United States District Court
for the Northern District of Texas

---------------------
November 12, 1999

ON REMAND FROM THE SUPREME COURT
OF THE UNITED STATES

BEFORE WIENER and PARKER, Circuit Judges, and LITTLE, District
Judge[*]

BY THE COURT:

Pursuant to the May 24, 1999 judgment of the Supreme Court of
the United States, in 97-1008, <u>Cleveland v. Policy Management
Systems Corp. et al.</u>, vacating the decision of this court in the
captioned case and remanding it to us for further proceedings
consistent with the Court's opinion,

_____

[*] District Judge of the Western District of Louisiana,
sitting by designation.

IT IS ORDERED that this case be and it is hereby remanded to the United States District Court for the Northern District of Texas, for further proceedings consistent with the opinion of the Supreme Court of the United States.